UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-88-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | |
| DEDRIC CLEAVON BRYANT | : | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 22 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

This the 30 day of November, 2015.

JAMES C. DEVER
CHIEF UNITED STATES DISTRICT JUDGE