IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:15-CR-88-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DEDRIC CLEAVON BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before this court for a hearing on the government's petition for action on conditions of pre-trial release [DE-27] in accordance with 18 U.S.C. § 3148. Defendant Dedric Cleavon Bryant ("Defendant") appeared before the court with counsel. The court advised Defendant of the allegations contained in the government's petition and the punishment Defendant faces if he is found to have violated conditions of his release, in response to which Defendant indicated his understanding. The court advised Defendant further his right to petition the court for an attorney, the right to cross examine his accusers, to call witnesses to testify in support of his case as well as his right to maintain his silence without prejudice against him. Defendant responded that he understood these rights.

The parties indicated they were prepared to proceed, whereupon, the government made a proffer in support of the petition allegations to which Defendant made no objection and the court accepted. Based upon the government's proffer, the court found there is probable cause to believe Defendant had committed a Federal crime while on release and based on the factors set forth in 18 U.S.C. § 3142, there is no condition or combination of conditions of release that will assure the court that Defendant will not flee or pose a danger to the safety of any other person or the community.

Accordingly, it is ordered that Defendant's pre-trial release is REVOKED and Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of appearance in connection with a court proceeding.

So ordered, this the 6th day of January 2016.

Robert B. Jones, Jr.
United States Magistrate Judge