UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:15-cr-00088-D

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
DEDRIC BRYANT )

Upon the motion of Defendant, it is hereby ORDERED that Docket Entry Number 55

be sealed. It is further ordered that the Clerk provide a signed copy of the Order to Defendant.

IT IS SO ORDERED this the __21__ day of _January_, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE